UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL RIMPLEY, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:13-CV-308 |
| § | |
| WAVECREST OFFSHORE SOLUTIONS, § | |
| INC., *et al*, § | |
| § | |
| Defendants. § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON May 6, 2013 at 9:30 AM**

**Appearance for Plaintiff**
David I. Moulton

**Appearance for Defendant**
Charles Paul Dunkel, Jr.
Yvette Vanessa Gatling

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial disclosures: | May 17, 2013 |
| New parties/class allegations by: | Collection Action |
| Plaintiff's experts to be designated by: | October 30, 2013 |
| Report furnished by: | October 30, 2013 |
| Defendant's experts to be designated by: | November 30, 2013 |
| Report furnished by: | November 30, 2013 |
| Discovery to be completed by: | January 31, 2014 |
| Dispositive motions due by: | January 31, 2014 |
| Docket call to be held at 11:30 a.m. on: | April 7, 2014 |
| Estimated trial time: Jury | 16-24 hours |

The following rulings were made:

Note:  Expert designations on the issue of attorneys fees are unnecessary.

It is so ORDERED.

SIGNED on this 6th day of May, 2013.

_____
Kenneth M. Hoyt
United States District Judge